647 A.2d 469

IN THE MATTER OF STANLEY M. LEWIS,
AN ATTORNEY AT LAW.

September 23, 1994.

## ORDER

The Disciplinary Review Board having filed a report with the Supreme Court recommending that **STANLEY M. LEWIS** of **NORTH PLAINFIELD,** who was admitted to the bar of this State in 1966, be publicly reprimanded for attempting to deceive a municipal court by introducing into evidence a document falsely showing that a heating problem in an apartment of which respondent was the owner and landlord had been corrected prior to the issuance of a summons, in violation of *RPC* 3.3(a)(1) and (4), and *RPC* 8.4(a), (c) and (d), and the Court having heard argument in the matter, and good cause appearing;

It is ORDERED that the report of the Disciplinary Review Board is hereby adopted and **STANLEY M. LEWIS** of **NORTH PLAINFIELD** is hereby admonished for his violation of the Rules of Professional Conduct; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Office of Attorney Ethics and the Disciplinary Review Board for appropriate administrative costs incurred in the prosecution of this matter.